No. 10–1463. VILLANUEVA-DIAZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–1465. FLETCHER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–1466. MINISTERIAL DAY CARE ASSN. v. OHIO DEPARTMENT OF EDUCATION. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 10–1467. PERSONAL CARE PRODUCTS, INC., ET AL. v. HAWKINS, COMMISSIONER, TEXAS HEALTH AND HUMAN SERVICES COMMISSION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–1468. DALLAS COUNTY, TEXAS v. DUVALL. C. A. 5th Cir. Certiorari denied.

No. 10–1469. ABELL v. WILSON. Ct. App. D. C. Certiorari denied.

No. 10–1470. MCMENAMIN v. MCMENAMIN. Ct. App. Ore. Certiorari denied.

No. 10–1471. WHITE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–1473. BLAUVELT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–1475. SCHLABACH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–1476. CITY OF SANTA CRUZ, CALIFORNIA, ET AL. v. NORSE. C. A. 9th Cir. Certiorari denied.

No. 10–1479. CROSBY ET AL. v. CITY OF GASTONIA, NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 10–1480. BURLEIGH v. MONTEREY COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.